UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES | Criminal No.: 26-CR-0005-JJM-PAS |
| v. | |
| THOMAS SANDGAARD, | **FILED UNDER SEAL** |
| ANNA LUCSOK, | |
| Defendants. | |

### MOTION TO UNSEAL AND/OR CONFIRM UNSEALING OF INDICTMENT

The United States Attorney for the District of Rhode Island, through undersigned

counsel, moves that the Sealing for the above-captioned Indictment be lifted and/or confirmed as

lifted now that both defendants have been arrested.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

CHARLES C. CALENDA
United States Attorney

_/s/ Sara Miron Bloom_
Sara Miron Bloom
First Assistant United States Attorney
Peter Roklan
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel (401) 709-5015
Sara.bloom@usdoj.gov

SO ORDERED:

_____/s/Patricia A. Sullivan_____
PATRICIA A. SULLIVAN
UNITED STATES MAGISTRATE JUDGE

DATE: _____1/21/2026_____