**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>        Plaintiff,<br><br>v.<br><br>THOMAS SANDGAARD and ANNA LUCSOK,<br>        Defendants. | )<br>)<br>)<br>)         C.A. No. 1:26-cr-5-JJM-PAS<br>)<br>)<br>) |

**MOTION FOR BOND HEARING**

Now comes Thomas Sandgaard, Defendant in the above-captioned matter, and moves this

Honorable Court to schedule a bond hearing in his case. Mr. Sandgaard was arraigned before this

Court on March 3, 2026, and reserved his right to request bail in the future.

Dated: March 17, 2026

Respectfully submitted,

THOMAS SANDGAARD
By His Attorneys,

*/s/ William H. Wynne*
William H. Wynne (#9020)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI  02903
Tel:    (401) 454-1127
Fax:   (844) 277-6379
E-mail: wwynne@nixonpeabody.com

Robert A. Fisher (admitted *pro hac vice*)
Brianna N. Portu (admitted *pro hac vice*)
Nixon Peabody LLP
53 State Street, Exchange Place
Boston, MA 02109
Tel:    (617) 345-1000
Fax:   (617) 345-1300
E-mail: rfisher@nixonpeabody.com
E-mail: bportu@nixonpeabody.com

1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed and served the within Motion for Bond Hearing via the Court's Electronic Filing System to all counsel registered and able to receive electronic filings in this case on this 17th day of March, 2026.


*/s/ William H. Wynne*