**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES** | Case No. 26-CR-5-JJM-PAS |
| **v.** | |
| **THOMAS SANDGAARD** | |

## ADDITIONAL STIPULATED CONDITIONS OF PRETRIAL RELEASE

The Court having considered the Joint Motion of the United States and defendant Thomas Sandgaard (hereinafter "the Parties") for the entry of an Order outlining additional stipulated conditions of the defendant's pretrial release, the defendant having consented to entry, and the Court finding that the Parties have shown good cause for the entry, the following conditions are hereby ORDERED, in addition to the conditions of pretrial release outlined by the Court on 3/19/2026:

1.     The defendant shall not either directly or indirectly transfer, liquidate, convert, encumber, pledge, loan, sell, conceal, dissipate, disburse, assign, spend, alienate, withdraw, or otherwise dispose of any funds, real or personal property, accounts, or other assets, wherever located, including outside the United States;

2.     Assets are defined as any legal, equitable, or possessory interest in or right or claim to any real or personal property, including but not limited to, assets, real estate, real estate interests, businesses, business interests, lines of credit, chattel, leaseholds, contractual rights or interests, stock, accounts, cash, lines of credit, receivables as well as any "goods," "instruments," "equipment," "fixtures," "general intangibles," "inventory," "checks," or "notes" as defined by the Uniform Commercial Code.

3.     Assets include, but are not limited to, such funds held in the following accounts,

and listed real and personal property:

## ENCUMBERED REAL PROPERTY

| PROPERTY ADDRESS | OWNER/GRANTEE | CATS ID |
|---|---|---|
| 1175 Castle Pointe Drive Castle Rock, CO 80104-3271 | 3758 Castle Butte Dr LLC | 26-DCI-000028 |
| 3758 Castle Butte Drive Castle Rock, CO 80109-9638 | Thomas Sandgaard as Trustee of Guardian Angel Trust | 26-DCI-000031 |
| 2417 E. Cedar Avenue Denver, CO 80209-3203 | Thomas Sandgaard as Trustee of Guardian Angel Trust | 26-DCI-000030 |
| 1301 SW 15TH Street Boca Raton, FL 33486-6659 | Thomas Sandgaard as Trustee of Guardian Angel Trust | 26-DCI-000029 |
| Parcel 2507-211-00-001 (Acct# R0471906) | Guardian Angel Trust | 26-DCI-000033 |
| Parcel 1837-332-00-008 (Acct# R007483) | Sandgaard Holdings LLC | 26-DCI-000032 |

## SEIZED VEHICLES

| VEHICLE DESCRIPTION | OWNER | VIN | CATS ID |
|---|---|---|---|
| 2021 Black Porsche Cayenne | Thomas Sandgaard | WP1AB2AY8MDA28740 | 26-DCI-000023 |
| 2019 Black Mercedes-Benz AMG GT 63 | Sandgaard Capital LLC | WDD7X8JB5KA008056 | 26-DCI-000021 |
| 2020 Black BMW X3 XDRIVE30 | Sandgaard Capital LLC | 5UXTY5C05L9D19894 | 26-DCI-000022 |

## SEIZED ACCOUNTS

| BANK / FINANCIAL INSTITUTION | DESCRIPTION | ACCOUNT # | OWNER | CATS ID |
|---|---|---|---|---|
| Bank of America | DDA (Core Checking) | 139100593472 | Thomas Sandgaard | 26-DCI-000024 |

| Bank of America | Checking (Business Advantage Checking) | 139104010540 | Sandgaard Capital LLC | 26-DCI-000025 |
| Bank of America | Checking (Wealth Management Adv Relationship Banking) | 139104191333 | Thomas Sandgaard / Lisa Wallace | 26-DCI-000026 |
| Bank of America | Checking (Business Advantage Relationship Banking) | 139104303891 | Sandgaard Music, LLC | 26-DCI-000027 |

## IDENTIFIED REAL AND/OR PERSONAL PROPERTY NOT SEIZED OR ENCUMBERED

| ASSET TYPE | LOCATION | DESCRIPTION |
|---|---|---|
| Vehicle | Colorado | 2019 White Mercedes SLC Convertible bearing VIN ending in 157157 |
| Vehicle | Colorado | 2020 Black Lamborghini Urus bearing VIN ending in A10364 |
| Vehicle | Colorado | 2021 Mercedes CLS SUV bearing VIN ending in _____? |
| Jewelry | Unknown | Rolex Submariner Yellow Gold Blue Dial Ceramic Bezel Men's Watch bearing SN ending in 92816 |
| Jewelry | Unknown | Datejust Silver Anniversary Diamond Dial Ladies Watch |
| Real Property | Denmark | Bellisvej 16, Vindeby, Denmark |
| Instruments | Colorado | 40 Guitars |

## IDENTIFIED BANK / FINANCIAL INSTITUTION ACCOUNTS NOT SEIZED OR ENCUMBERED

| BANK / FINANCIAL INSITUTION | LOCATION | POSSIBLE ACCT NAME(S) | POSSIBLE ACCT #s |
|---|---|---|---|
| Bank of America | USA | 2417 E. Cedar, LLC | X2470 |
| Bank of America | USA | Sandgaard Aviation LLC | X5265 |
| Bank of America | USA | SBL Capital LLC | X6700 |
| Bank of America | USA | The Guardian Angel Trust / Thomas Sandgaard Trustee | X7872 |
| Bank of America | USA | The Guardian Angel Trust / Thomas Sandgaard Trustee | X7885 |

| RBC Wealth Management | USA | Thomas Sandgaard | X1143 |
| RBC Wealth Management | USA | Sandgaard Holdings LLC | X8995 |
| RBC Wealth Management | USA | Thomas Sandgaard | X7651 |
| RBC Wealth Management | USA | Thomas Sandgaard TOD / Brown Advisory US Large Cap / Polen Global Growth | X4853 |
| RBC Wealth Management | USA | Sandgaard Capital LLC | X1565 |
| RBC Wealth Management | USA | Sandgaard Holdings LLC | X2149 |
| RBC Wealth Management | USA | Martin Sandgaard TTEE / Thomas Sandgaard 2020 Voting Trust | X8364 |
| RBC Wealth Management | USA | Zynex Inc | X2577 |
| RBC Wealth Management | USA | The Sandgaard Foundation | X0462 |
| RBC Wealth Management | USA | FBO Raphael Sandgaard | X0280 |
| RBC Wealth Management | USA | Thomas Sandgaard TOD / Marshfield Associates | X4851 |
| RBC Wealth Management | USA | Thomas Sandgaard TTEE / Guardian Angel Trust | X8351 |

## ADDITIONAL IDENTIFIED BANK / FINANCIAL INSTITUTION ACCOUNTS NOT SEIZED OR ENCUMBERED

| INSTITUTION | LOCATION | POSSIBLE ACCT NAME(S) | POSSIBLE ACCT #s |
|---|---|---|---|
| Webster Bank | USA | The Sandgaard Foundation | X1868 |
| City National Bank | USA | Thomas Sandgaard Revocable Trust / Thomas Sandgaard, Trustee | X1389 |
| City National Bank | USA | The Sandgaard Foundation | X4219 |
| City National Bank | USA | Sandgaard Capital LLC | X6677 |
| Colonial Stock Transfer | USA | Sandgaard Capital LLC | VENU Holding Corporation Stock |
| Colonial Stock Transfer | USA | Sandgaard Holdings LLC | VENU Holding Corporation Stock |

| | | | |
|---|---|---|---|
| Colonial Stock Transfer | USA | Thomas Sandgaard | VENU Holding Corporation Stock |
| Colonial Stock Transfer | USA | Sandgaard Holdings LLC | Zynex Inc. Holdings |
| Colonial Stock Transfer | USA | Thomas Sandgaard | Zynex Inc. Holdings |
| Danske Bank | Denmark | Blue Ocean Investments ApS | X4257 |
| Arbejdernes Landsbank | Denmark | Bulldogs Odense ApS | X2856 |
| Arbejdernes Landsbank | Denmark | Bulldogs Odense ApS | X7961 |
| Astria Advokater I/S | Denmark | Unknown | X8424 |
| Nordea Bank | Denmark | Unknown | X7600 |
| Royal Bank of Canada - (Channel Islands) Limited | Jersey | The Blue Ocean Trust | X0561 |
| Royal Bank of Canada - | Jersey | The Blue Ocean Trust | X0579 |
| Royal Bank of Canada - | Jersey | The Blue Ocean Trust | X0587 |
| Royal Bank of Canada - | Jersey | The Blue Ocean Trust | X0603 |
| Royal Bank of Canada - | Jersey | Sandgaard Family Trust | X0686 |
| Royal Bank of Canada - | Jersey | Sandgaard Family Trust | X0694 |
| Royal Bank of Canada - | Jersey | Sandgaard Family Trust | X0702 |
| Royal Bank of Canada - | Jersey | Sandgaard Family Trust | X0710 |

4. Notwithstanding the foregoing, defendant may request, and the United States may agree, to a limited release of funds for the limited purposes of reasonable living expenses and/or attorney's fees, subject to Court approval. The parties may also jointly request approval to sell any and all personal or real property subject to forfeiture with the substitution of such sale proceeds to be held in a United States Marshal Service interest bearing account until resolution of all forfeiture actions including administrative, criminal or civil judicial.

5.      Any violation by the defendant of the terms of this Order shall be grounds

for revisiting the defendant's release or release conditions.

/s/ Patricia A. Sullivan

Patricia A. Sullivan
U.S. Magistrate Judge

Dated: 3/19/2026